# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. CR-20-247-C |
| ) | |
| BOBBY EUGENE HEATH, Jr., ) | |
| ) | |
| Defendant. ) | |

## ORDER ON PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Before the Court is the Petition for Warrant or Summons for Offender Under Supervision filed on November 10, 2020 (Doc. 5), alleging that the defendant violated the terms of supervised release in several respects.

On November 25, 2020, the defendant appeared in person and with counsel, Teresa K. Brown, Assistant Federal Public Defender. The defendant stipulated to alleged violation numbers 3 and 4. The government accepted this stipulation, and declined to offer proof on the remaining allegations in the Petition.

Having heard from both the defendant and counsel, the Court **ORDERS** that this matter be continued until **Wednesday, February 24, 2021 at 10:30 a.m.** for the entry of any findings and/or disposition of this matter by the Court. All previously imposed conditions of supervised release continue to remain in full force and effect.

IT IS SO ORDERED this 30th day of November 2020.

_____
ROBIN J. CAUTHRON
United States District Judge